UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-203RSM |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| FERNANDO BAUTISTA-SANCHEZ, | |
| Defendant. | |

THE COURT having considered the motion to seal the Declaration of Counsel in Support of Motion to Withdraw, the Court hereby makes the following findings: That based upon the reasons set forth in the Motion to Seal, not granting the motion could result in privileged and protected materials being made public. The need to seal the Declaration of Counsel outweighs the public's interest in having the document made public.

///

///

///

ORDER TO SEAL - 1

IT IS THEREFORE ORDERED that defendant's Motion to Seal the above-named document is hereby GRANTED.

DATED this 17th day of August, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE