UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>(3) FERNANDO BAUTISTA-SANCHEZ,<br>(12) DORIAM GERMAN MORENO-ROCHA, and<br>(13) ADRIAN ALBERTO SANCHEZ-ESPARZA,<br>　　　　　Defendants. | NO.　CR19-203 RSM<br><br>ORDER |

THIS COURT having considered the motion of defendant Fernando Bautista-Sanchez for a continuance of the trial date and the facts set forth therein, hereby FINDS as follows:

THIS COURT FINDS pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendants in a speedy trial and that the defendants have agreed to waive their Speedy Trial Act rights; and, that the facts of the motion are hereby incorporated.

THIS COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the failure to grant a continuance, taken as a whole, would deny counsel for the defendant Fernando Bautista-Sanchez the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.

IT IS FURTHER ORDERED that the current pre-trial motions deadline of is STRICKEN.

IT IS HEREBY ORDERED that the current trial date of November 29, 2021, is STRICKEN.

IT IS FURTHER ORDERED the parties shall prepare and file a revised scheduling order resetting the motion deadline consistent with the new trial date.

IT IS FURTHER ORDERED the jury trial in this matter is set for February 7, 2022.

IT IS FURTHER ORDERED the period of delay from the date of filing of the Motion to Continue Trial on September 16, 2021, to February 7, 2022, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A).

DONE this 17th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

   s/ *Peter Geisness*
Peter Geisness, WSBA # 30897
Defense Attorney for Fernando Bautista-Sanchez