Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DANIEL HERNANDEZ, et al., <br> Defendants. | NO. CR19-203RSM <br><br> SECOND REVISED SCHEDULING ORDER |

On August 19, 2021, counsel (Timothy Lohraff) for Fernando Bautista-Sanchez was allowed to withdraw and new counsel (Peter Geisness) was appointed. Dkts. 597 and 602. On September 16, 2021, new counsel for Bautista-Sanchez filed a motion to continue the trial from November 29, 2021 to February 7, 2022. Dkt. 610. The other remaining two defendants pending trial (Doriam Moreno-Rocha and Adrian Sanchez-Esparza) and the government did not object to the continuance and it was granted on September 17, 2021. Dkt. 611. The Court's order continuing the trial also ordered that the parties to file a revised scheduling order resetting the motion deadline consistent with the new trial date. *Id*. a 2. Thus, the United States now submits this Second Revised Scheduling Order, which moves

SECOND REVISED SCHEDULING ORDER - 1
*U.S. v Hernandez, et al*., CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

all previously scheduled dates and deadlines in the previous scheduling order, Dkt. 499, to new dates consistent with that previous order.[1]

The Court, having reviewed the record and files in this case, adopts this revised discovery schedule:

| Event | Date |
|---|---|
| Government to continue to provide discovery under Fed. R. Crim. P. 16(a)(1)(A) – (F) and Local CrR 16(a)(1), including its continuing obligations set forth in Rule 16(c) | Ongoing |
| Defense to provide reciprocal discovery under Rule 16(b)(1)(A) – (B) and Local CrR 16(a)(2), with continuing obligation per rule 16(c); Defense to provide notices of any defenses alleged under Fed. R. Crim. P. 12.1, 12.2 or 12.3 | October 15, 2021 |
| Parties to exchange expert discovery under Rules 16(a)(1)(G) and 16(b)(1)(C) | November 24, 2021 |
| Pretrial motions deadline | December 9, 2021 |
| Government to identify FRE 404(b) evidence, if any | January 7, 2022 |
| Parties to exchange draft transcripts of recorded calls and/or meetings for proposed use at trial. | January 7, 2022 |
| Parties to exchange objections/proposed revisions to transcripts as to form and content. | January 21, 2022 |
| Parties to exchange *Jencks* Act Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 materials *except* for government cooperating witnesses or confidential source witnesses. | January 21, 2022 |
| Parties to exchange all summary exhibits and underlying data under Fed. R. Evid. 1006; Parties to provide rebuttal expert disclosures | January 24, 2022 |

---

[1] For example, if the deadline was 30 days prior to the November 29, 2021 trial date in the previous scheduling order, the deadline is now reset to 30 days prior to the new trial date of February 7, 2022.

SECOND REVISED SCHEDULING ORDER - 2
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Government's Trial Brief, Exhibit List, Witness List and Proposed Jury Instructions due (CrR 23.1 and CrR 23.3(a) and (b), CrR30(a)) | January 24, 2022 |
| Defendants' Trial Brief, Exhibit List, Witness List and Proposed Jury Instructions due (CrR 23.1 and CrR 23.3(a) and (b), CrR 30(a)) | January 28, 2022 |
| Government to produce *Jencks* Act, Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 (if any) for government cooperating witnesses and/or confidential source witnesses (if any). | January 28, 2022 |
| All Motions in Limine and Propose Voir Dire due (CrR23.2) | January 28, 2022 |
| File proposed trial exhibits (General Order 01-18) and commence Trial | February 7, 2022, at 9:00 a.m. |

Modifications to the deadlines set forth in this Order may be made by the Court based on changing circumstances or for other good cause shown.

DATED this 28th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
TESSA M. GORMAN
Acting United States Attorney

/s C. Andrew Colasurdo
C. ANDREW COLASURDO
Assistant United States Attorney

/s Stephen P. Hobbs
STEPHEN P. HOBBS
Assistant United States Attorney

SECOND REVISED SCHEDULING ORDER - 3
*U.S. v Hernandez, et al.*, CR19-203RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970